Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re: Matthew Douglas Riley

        Debtor(s)

SSN/TAX ID:
    xxx−xx−7246

Case No.: 2:09−bk−62324

Chapter: 13

Judge: John E. Hoffman Jr.

---

### NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by HSBC Bank Nevada, N.A. for the transfer of a claim originally filed by Capital One, N.A..

The transfer/assignment designates Capital One, N.A. as the transferor and HSBC Bank Nevada, N.A. as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is November 14, 2012. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: October 24, 2012

                                          FOR THE COURT:
                                          Kenneth Jordan
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                              Case No. 09-62324-jeh
Matthew Douglas Riley                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-2          User: reasings            Page 1 of 2            Date Rcvd: Oct 24, 2012
                              Form ID: a0asgncl         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2012.
db              Matthew Douglas Riley,    2244 Lockamy Court,    Grove City, OH   43123-1565
15814984       +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
                 Tucson, AZ 85712-1083
13253362       +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
                 Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0648-2          User: reasings              Page 2 of 2                  Date Rcvd: Oct 24, 2012
                              Form ID: a0asgncl           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2012 at the address(es) listed below:
          Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
          Deborah P Ecker    on behalf of Creditor   Toyota Motor Credit Corporation decker@lnlattorneys.com
          Holly N Wolf    on behalf of Creditor    JPMorgan Chase Bank, NA bankruptcy@mdk-llc.com,
          anhsmdk@zuckergoldberg.com
          Jeffrey P Norman    notices@ch13columbus.com
          Mark Albert Herder    on behalf of Debtor Matthew Riley Markalbertherder@yahoo.com,
          markalbertherder@gmail.com
                                                                       TOTAL: 5